UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICKA R. FORDE,

      Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Marcus D. Mims v. Arrow Financial Services, LLC*, Case No.: 10-1195, 565 U. S. ____ (2012), *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, PATRICKA R. FORDE, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, CAVALRY PORTFOLIO SERVICES, LLC,

("CAVALRY") is a limited liability company with its principal place of business

at Suite 400, 500 Summit Lake Drive, Valhalla, New York 10595.

## FACTUAL ALLEGATIONS

5.      Defendant left the following messages on the Plaintiff's voice mail on

her cellular telephone on or about the dates stated:

February 7, 2008 – Pre-Recorded Message
--if this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

February 27, 2008– Pre-Recorded Message
--if this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

<u>March 3, 2008– Pre-Recorded Message</u>
--does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

<u>March 7, 2008– Pre-Recorded Message</u>
--does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

<u>March 11, 2008– Pre-Recorded Message</u>
If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available,

please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

March 18, 2008 – Pre-Recorded Message
if this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

March 20, 2008 – Pre-Recorded Message
Does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

March 20, 2008 – Pre-Recorded Message
Does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

March 24, 2008 – Pre-Recorded Message
at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

March 24, 2008 – Pre-Recorded Message
Not live at this address, please call our offices back at 1-888-716-0010. Thank you.

April 4, 2008 – Pre-Recorded Message
Please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

We did not recognize your entry. If this is Patricka Forde, please press the 1 key now. If this is the correct household, but the person is not available, please press 2. If this person does not live at this address, please call our offices back at 1-888-716-0010. Thank you.

6.      Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

7.      Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

8.     None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

10.    Plaintiff incorporates Paragraphs 1 through 9.

11.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     a declaration that Defendant calls violate the TCPA;

c.     a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.

Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658