```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 12-60222-CIV-ZLOCH
```

PATRICKA R. FORDE,

      Plaintiff,

vs.                                             **FINAL JUDGMENT**

CAVALRY PORTFOLIO SERVICES,
LLC,

      Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Patricka R. Forde's Motion For Entry Of Final Judgment (DE 15).  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

    2. Plaintiff Patricka R. Forde's Motion For Entry Of Final Judgment (DE 15) be and the same is hereby **GRANTED**;

    3. Pursuant to Federal Rule of Civil Procedure 58, final judgment be and the same is hereby **ENTERED** in favor of Plaintiff Patricka R. Forde and against Cavalry Portfolio Services, LLC;

    4. Plaintiff Patricka R. Forde does have and recover from Defendant Cavalry Portfolio Services, LLC the sum of $33,000.00 of unpaid principal, plus interest thereon at the rate of 0.20% per

annum, for all of which let execution issue;

    5. Defendant Cavalry Portfolio Services, LLC be and the same is hereby enjoined from placing calls to 954-270-2742 using any automatic telephone dialing system or an artificial or prerecorded voice, other than a call made for emergency purposes or made with the prior express consent of the called party; and

    6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of May, 2012.

                                                        WILLIAM J. ZLOCH
                                                         United States District Judge

Copies furnished:

All Counsel of Record