UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60222-Civ-Zloch/Rosenbaum

PATRICKA R. FORDE,

     Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

     Defendant.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 16) entered

May 30, 2012 against, Cavalry Portfolio Services, LLC, acknowledges that full

payment thereof has been received and the Judgment is satisfied.

_____
Patricka R. Forde

STATE OF FLORIDA     )
                        ss:
COUNTY OF  BROWARD  )

     The foregoing Satisfaction of Judgment was acknowledged before me this
_13_ day of _June_____, 2012 by Patricka R. Forde, who is personally known
to me or who produced _____ as identification and who
did/did not take an oath.

_____
                                NOTARY PUBLIC, State of Florida

My Commission Expires:



SANDRA W. FILLICHIO
Notary Public - State of Florida
My Comm. Expires May 16, 2016
Commission # EE 177023

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60222-Civ-Zloch/Rosenbaum

PATRICKA R. FORDE,

      Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 14, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF